STATE OF CONNECTICUT *v.* MARK DEMAIO

The defendant's petition for certification for appeal from the Appellate Court, 107 Conn. App. 462 (AC 27596), is denied.

*John C. Drapp III*, special public defender, in support of the petition.

*Nancy L. Chupak*, assistant state's attorney, in opposition.

Decided June 17, 2008